UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| **Xtera Communications, Inc.,** *et al* | : | Case No. 16-12577 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| --------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Nexans Norway, AS,** Attn: Anne-Lise Aukner, Innsputen 9, PO Box 6450, No. 0605, Oslo, Norway; Phone: +47-22886198.

2. **MC Assembly,** Attn: Mark McReynolds, 425 North Drive, Melbourne, FL 32934; Phone: 321-409-4718.

3. **NSG Technology, Inc**., Attn: Peggy Chen, 1705Junction Court, Suite 200, San Jose, CA 95112; Phone: 408-547-8800; Fax: 408-573-7171.

4. **Morgan Franklin Consulting**, **LLC**, Attn: Eric Reicin, 7900 Tysons One Place, Suite 300, McLean VA 22102; Phone: 703-564-7525; Fax: 703-563-9351.

5. **Axsun Technologies, Inc.**, Attn: Christopher Baldwin, 1 Fortune Drive, Billerica, MA 01821; Phone: 978-439-3402.

**ANDREW R. VARA**
**ACTING UNITED STATES TRUSTEE**
**REGION 3**

*/s/ Richard L. Schepacarter for*
T. PATRICK TINKER
Assistant United States Trustee

DATED: November 23, 2016

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors' Counsel: Maris Kandestin Esquire, Phone: (302) 468-5657; Fax (302) 691-4745.