# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re Xtera Communications, Inc. *et al.*　　　　　　　　　　　　　　　Case No. **16-12577**
　　　Debtor

## INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | X | |
| **Certificates of Insurance:** | | |
|    Workers Compensation | X | |
|    Property | X | |
|    General Liability | X | |
|    Vehicle | | |
|    Other:_____ | X | |
| Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|    Tax Escrow Account | | X |
|    General Operating Account | X | X |
|    Money Market Account pursuant to Local Rule 4001-3. Refer to | X | X |
|    http://www.deb.uscourts.gov/ | | X |
|    Other:_____ | | X |
| **Retainers Paid (Form IR-2)** | X | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_Joseph R Chinnici_ (signature)

_____
Signature of Authorized Individual*

December 1, 2016
_____
Date

_____
CFO
Title of Authorized Individual

Joseph R. Chinnici_____
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

In re Xtera Communications Inc. *et al.*
    Debtor

Case No. **16-12577**

## CASH FLOW PROJECTIONS FOR THE 13 WEEK PERIOD FROM THE PETITION DATE THROUGH FEBRUARY 14, 2016

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Tickmarks | week 1 Week of 11/14/2016 | week 2 Week of 11/21/2016 | week 3 Week of 11/28/2016 | week 4 Week of 12/5/2016 | week 5 Week of 12/12/2016 | week 6 Week of 12/19/2016 | week 7 Week of 12/26/2016 | week 8 Week of 1/2/2017 | week 9 Week of 1/9/2017 | week 10 Week of 1/16/2017 | week 11 Week of 1/23/2017 | week 12 Week of 1/30/2017 | week 13 Week of 2/6/2017 | week 14 Week of 2/13/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance | | 240,988 | 6,452,792 | 5,201,588 | 4,964,242 | 4,703,663 | 4,362,479 | 4,000,868 | 3,187,465 | 2,808,570 | 2,499,993 | 2,025,980 | 1,555,691 | 1,242,349 | 343,892 |
| Inflows: | | | | | | | | | | | | | | | |
| DIP Funds | | 7,409,143 | | | | | | | | | | | | | |
| Total Cash Balance: | | 7,650,131 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Outflows: | | | | | | | | | | | | | | | |
| Forecast | | | | | | | | | | | | | | | |
| Employee Expenses | | 36,548 | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 18,000 | |
| Int'l EE Expenses | (A) | | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | |
| Xtera Payroll/Taxes | | | 190,230 | | | 190,230 | | 190,230 | | 190,230 | | 190,230 | | | 209,253 |
| Xtera 401K | | | 6,800 | | | 6,800 | | 6,800 | | 6,800 | | 6,800 | | | 7,480 |
| Xtera Canada Payroll | | 20,000 | | | | | | | | | 20,000 | | | | 9,999 |
| Xtera Limited Payroll/Taxes | | 43,886 | | | | | 284,874 | | | | 284,874 | | | | 98,551 |
| Xtera US & Limited Prepetition Payroll | | | 300,000 | | | | | | | | | | | | |
| Xtera Limited Taxes | | | | | | | | 22,500 | 6,130 | | | 22,500 | 6,130 | | |
| Xtera US & Limited Prepetition Taxes | | | 100,000 | | | | | | | | | | | | |
| Xtera Limited Benefits | | 9,361 | | | | | | | | 3,567 | 450 | 5,036 | 308 | 3,567 | 450 |
| Xtera US & Limited Prepetition Insurance | | | 100,000 | | | | | | | | | | | | |
| Xtera US & Limited Flex Spending | | | 100,000 | | | | | | | | | | | | |
| Xtera US & Limited 3rd Party | | | 100,000 | | | | | | | | | | | | |
| Xtera Limited Utilities | | 4,365 | | | 2,485 | | | 2,485 | | | | | 2,485 | | |
| Flex/Medical | (B) | 36,000 | | | | | | | | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 8,000 |
| Rent | (C) | | 54,149 | | | | | 54,149 | | | | | 54,149 | | |
| Rent UK | | | | | | | | 56,000 | | | | | | | |
| Utilities/Facilities | (D) | 204 | 7,297 | | 2,680 | 204 | | 7,297 | | | 1,780 | 204 | | 1,780 | 7,297 |
| Contractors | (E) | | | 33,951 | 15,000 | | 8,500 | 28,361 | 15,000 | | 8,500 | 17,292 | 15,000 | 5,910 | |
| Freight/Storage | | 200 | 1,356 | 200 | 200 | 200 | 1,356 | 200 | 200 | 200 | 200 | 1,356 | 200 | 200 | |
| Phones/Communications | (F) | | 23,500 | | | | | 23,500 | | | | | 23,500 | | |
| Benefits | (G) | 25,950 | 15,341 | | | | | | | | | 25,950 | 15,341 | | 18,160 |
| Corporate Governance | (H) | 3,300 | | 1,625 | | 1,400 | 1,350 | 875 | | | 2,775 | | 275 | | |
| Equipment Leases | (I) | 13,906 | | | | | | 13,906 | | | 13,906 | | | | |
| Service Fees | | 15,988 | 2,531 | 2,490 | 7,994 | 4,350 | 2,531 | 2,490 | 7,994 | | 60 | 2,513 | 2,000 | 6,198 | |
| Patents | | 14,500 | | 16,080 | 26,220 | | | 53,000 | 20,625 | | | | 25,000 | | |
| Insurance D&O tail policy | | | | | | | | | | | | | | | 776,300 |
| Insurance D&O 4 mo. Ext. | | 163,500 | | | | | | | | | | | | | |
| Insurance | | 9,630 | | | | | | 53,095 | 4,500 | | | 42,815 | 4,500 | | |
| Franchise Tax | | | | | 5,000 | | | | | | | | | | |
| Contingency | | | | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 33,000 | 45,500 | |
| Contract Accounting | (J) | | | | | | | 48,000 | | | | 48,000 | | | |
| Tax Returns | | | | | 25,000 | | | 25,000 | | | | | | | |
| Tax Returns-UK | | | | | | | | 25,000 | | | | | | | |

| | Tickmarks | week 1 | week 2 | week 3 | week 4 | week 5 | week 6 | week 7 | week 8 | week 9 | week 10 | week 11 | week 12 | week 13 | week 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of | Week of |
| | | 11/14/2016 | 11/21/2016 | 11/28/2016 | 12/5/2016 | 12/12/2016 | 12/19/2016 | 12/26/2016 | 1/2/2017 | 1/9/2017 | 1/16/2017 | 1/23/2017 | 1/30/2017 | 2/6/2017 | 2/13/2017 |
| Property Tax | (K) | | | | | | | | 97,961 | | | | | | |
| Closing Costs | | | | | | | | | | | | | | | |
| DIP Upfront Fee | | | | | | | | | | | | | | | |
| DIP Interest Expense | | | | | 43,000 | | | | 43,000 | | | | 43,000 | | |
| Audit Fees | | | | | | 50,000 | | 50,000 | | | | | | | |
| New Business Vendor Payments | | | | 50,000 | | | | 50,000 | | | | | 50,000 | | |
| Total Operating Expenses | | 397,339 | 1,001,204 | 172,346 | 185,579 | 316,184 | 361,611 | 748,403 | 303,895 | 283,577 | 424,013 | 470,288 | 283,342 | 873,457 | 343,892 |
| | | | | | | | | | | | | | | | |
| Filing Fees | | | | | | | | | | | | | | | |
| Legal Fees | | 500,000 | 250,000 | | | | | | | | | | | | |
| Creditor Committee Fee | | 50,000 | | 25,000 | | | | 25,000 | | | 50,000 | | | | |
| Cowen Retainer | | 75,000 | | | 75,000 | | | | 75,000 | | | | | | |
| Cowen - Financing Fee | | 150,000 | | | | | | | | | | | | | |
| Chapter 11 Administration | | | | 40,000 | | | | 40,000 | | | | | 30,000 | | |
| Square One Legal | | 25,000 | | | | 25,000 | | | | 25,000 | | | | 25,000 | |
| | | | | | | | | | | | | | | | |
| Total Other | | 800,000 | 250,000.00 | 65,000 | 75,000 | 25,000.00 | - | 65,000 | 75,000 | 25,000 | 50,000 | - | 30,000 | 25,000 | - |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Outflows | | 1,197,339 | 1,251,204 | 237,346 | 260,579 | 341,184 | 361,611 | 813,403 | 378,895 | 308,577 | 474,013 | 470,288 | 313,342 | 898,457 | 343,892.41 |
| Ending Cash Balance | | 6,452,792 | 5,201,588 | 4,964,242 | 4,703,663 | 4,362,479 | 4,000,868 | 3,187,465 | 2,808,570 | 2,499,993 | 2,025,980 | 1,555,691 | 1,242,349 | 343,892 | - |

**TICKMARK LEGEND**

| | |
|---|---|
| (A) | International Employee expenses are largely travel and entertainment expenses reimbursed by the company. |
| (B) | Flex/Medical refers to the Flexible Spending tax-advantaged accounts (FSA) that employees fund using tax-free payroll deductions to pay for qualified medical expenses. |
| | The company submits payroll-deducted funds to FSA to cover qualified medical claims. |
| (C) | Rent includes monthly leasing costs for the following properties:  GL Bethany $51,317, Watter Creek $1,982 and New Jersey $850. |
| (D) | Utilities/Facilities include monthly utilities for GL Bethany $7k, Watters Creek $80, and general facility costs related to janitorial services, repairs, cable TV services and pest control. |
| (E) | Contractor services include the following active contractors, mainly sales and marketing personnel in remote locations ($100k/per month): |
| | • Approved through 11/30/2016:  M. Alibrahim $17k, B. Clesca $20k and M. Leo $11k; |
| | • Active (no notice given as of 10/31/2016):  Yongun Hun $9k (customer service and field operations in Korea); R. Franco $11k (sales in Latin America); |
| | • P. Matrona $15k (sales); M. Salah $10k (sales); and C. Vidal $7k (sales). |
| (F) | Phones/Communications include the following monthly charges ($24k): |
| | • AT&T cellular service $9,000 (commencing Nov-2016, monthly costs should reduce to $3,000 per E. Baidoo); |
| | • Conference Calling service $4,000; |
| | • Internet (Allen and FXC locations) $3,525; |
| | • Video Conferencing service $3,250; |
| | • All phone and answering services (GL Bethany and other Texas locations) $2,175; |
| | • Saturday answering service $1,500; and Fax services $50. |
| (G) | Benefits include the following monthly charges ($42k): |
| | • HealthSmart FSA funding (from employees' payroll deductions) to cover qualified medical expense claims $27k; |
| | • Cigna Medical and Dental insurance $9k; |
| | • AFCO Insurance premium funding $5k; |
| | • Great West $2k; |
| | • Fidelity (401K) $700 (quarterly); and Eyemed $300. |

| **(H)** | Corporate Governance charges include the following fees:<br><br>• Quarterly fees: SEC 10-Q filing $12,500 via RR Donnelley on-line site, and Aranca (IP research and valuation services) $3,500;<br>• Monthly fees:  Solium services $1,400; AST Stock Transfer Agent $1,000; and CT Corp fees $350;<br>• New Jersey Division of Taxes $80;<br>• Charged when filings are submitted:  RR Donnelley on-line site fees for 8-K and Forms 3-5 filings (roughly $50/per filing). |
|---|---|
| **(I)** | Equipment Leases ($14k/per month) includes Winmark (high-tech equipment) $4k, NetApp (data storage and management equipment) $5k, and SHI (computer-related hardware and software) $5k |
| **(J)** | Contract Accounting services provided by Robert Half Management Resources and Accountemps personnel.<br><br>Christina Gay, Interim Controller (Management Resources monthly retainer=$23k).<br><br>Art Cummings and David Mausey, Senior Accountants (Accountemps combined retainer $25k). |
| **(K)** | Property Tax due to Collin County Tax Assessor must be paid in January 2017 to avoid penalties and interest. |

In re Xtera Communications Inc. *et al.*                                                                    **Case No**. 16-12577
          Debtor

## EVIDENCE OF DEBTOR IN POSSESSION BANK ACCOUNTS[1]

| Bank | Account Number | Address | Account Type |
|------|---------------|---------|--------------|
| Silicon Valley Bank | ******0387 | 3003 Tasman Drive<br>Santa Clara, CA 95054 | Operating Account |
| Silicon Valley Bank | ******0372 | 3003 Tasman Drive<br>Santa Clara, CA 95054 | Cash Collateral Account |
| Silicon Valley Bank | ******5703 | 3003 Tasman Drive<br>Santa Clara, CA 95054 | Money Market Collateral Account |
| Silicon Valley Bank | ******5251 | 3003 Tasman Drive<br>Santa Clara, CA 95054 | Money Market Collateral Account |
| Bank of Montreal | ********1440 | CBS Department<br>250 Yonge Street, 17th Floor<br>Toronto, Ontario, M5B 2M8 CANADA | Operating Account |
| Bank of Montreal | ********1475 | CBS Department<br>250 Yonge Street, 17th Floor<br>Toronto, Ontario, M5B 2M8 CANADA | Operating Account |
| Bank of Montreal | ********9945 | CBS Department<br>250 Yonge Street, 17th Floor<br>Toronto, Ontario, M5B 2M8 CANADA | Operating Account |
| Square 1 Bank | ***4212 | 406 Blackwell Street, Suite 240<br>Durham, NC 27701 | Operating Account |

---

[1] Please also see the *Interim Order (i) Authorizing the Continued Use of the Debtors' Cash Management System, Existing Bank Accounts, and Business Forms, and (ii) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code* [D.I. 48]

| Bank | Account Number | Address | Account Type |
|------|---------------|---------|--------------|
| Square 1 Bank | ***5448 | 406 Blackwell Street, Suite 240<br>Durham, NC 27701 | Controlled Disbursement - ZBA |
| Square 1 Bank | ***5345 | 406 Blackwell Street, Suite 240<br>Durham, NC 27701 | FSA Account - ZBA |
| Square 1 Bank | ***4315 | 406 Blackwell Street, Suite 240<br>Durham, NC 27701 | Operating Account |
| HSBC Bank | ****3502 | 79 Piccadilly<br>London, UK W1J 8EU | Operating Account (GBP currency) |
| HSBC Bank | ****3499 | 79 Piccadilly<br>London, UK W1J 8EU | Controlled Disbursement - ZBA |
| HSBC Bank | ****9815 | 79 Piccadilly<br>London, UK W1J 8EU | Operating Account (EUR currency) |
| HSBC Bank | ****5305 | 79 Piccadilly<br>London, UK W1J 8EU | Money Market Collateral Account |
| HSBC Bank | ****9922 | 79 Piccadilly<br>London, UK W1J 8EU | Zero balance. Account to be closed |
| HSBC Bank | ****-***08-13 | Rua da Assembleia, 66<br>Rio de Janeiro, RJ<br>Brazil | Operating Account |
| HSBC Bank | ***-*****2-001 | Taipei Branch<br>17F, No. 3-1, Yuan Qu Street<br>Nankang District, Taipei 115, Taiwan | Zero balance. Account to be closed |

| Bank | Account Number | Address | Account Type |
|------|----------------|---------|--------------|
| HSBC Bank | ***-*****2-031 | Taipei Branch<br>17F, No. 3-1, Yuan Qu Street<br>Nankang District, Taipei 115, Taiwan | Operating Account |

In re Xtera Communications Inc. *et al.*
        Debtor

Case No. 16-12577
**Reporting Period:** Pre-Petition

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer)

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|-------|------------|--------------|---------------|--------|------------------------|---------|
| DLA Piper LLP (US) | 10/18/2016 | | Xtera Communications Inc. *et al.* | $100,000 | N/A | $100,000 |
| DLA Piper LLP (US) | 11/09/2016 | | Xtera Communications Inc. *et al.* | $100,000 | $100,000 | $0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Form IR-2
(4/07)



# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
11/30/2016

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 800.531.2034 | COMPANY NAME AND ADDRESS | NAIC NO: 25623 |
|---|---|---|---|
| Commercial Lines<br>Wells Fargo Insurance Services USA, Inc.<br>5151 Belt Line Road, Suite 200<br>Dallas, TX 75254 | | Phoenix Insurance Company | |
| FAX (A/C, No): 855.605.8264 | E-MAIL ADDRESS: Megan.Bruce@wellsfargo.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |

| CODE: | SUB CODE: | POLICY TYPE |
|---|---|---|
| AGENCY CUSTOMER ID #: | | Property / Stock Throughput |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| XTERA Communications, Inc.<br>500 W. Bethany Dr., Suite 100<br>Allen, TX 75013 | | |
| | EFFECTIVE DATE 02/15/2016 | EXPIRATION DATE 02/15/2017 | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: SID# 997487  11/29/2016 | |

## PROPERTY INFORMATION   (ACORD 101 may be attached if more space is required)    ☐ BUILDING  OR  ☒ BUSINESS PERSONAL PROPERTY

500 W. Bethany Dr., Suite 100
Allen, TX 75013

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION          PERILS INSURED      ☐ BASIC     ☐ BROAD    ☒ SPECIAL

| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ ████* | | | | DED: $ ████ |
|---|---|---|---|---|

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☒ RENTAL VALUE | X | | | If YES, LIMIT:  $ ████ | Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | | X | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT:  $ ████ | DED: $ ████ |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | X | | |
| COINSURANCE | | X | | If YES,          % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT:  Included | DED: $ ████ |
| ORDINANCE OR LAW   - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT:  ████*** | DED: $ ████ |
|    - Demolition Costs | X | | | If YES, LIMIT:  Incl in limit*** | DED: $ ████ |
|    - Incr. Cost of Construction | X | | | If YES, LIMIT:  Incl in limit*** | DED: $ ████ |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT:  $ ████ | DED: 2%, min $ ████ |
| FLOOD (If Applicable) | X | | | If YES, LIMIT:  $ ████ | DED: |
| WIND / HAIL INCL  ☒ YES ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT:  Included | DED: 2%, min $ ████ |
| NAMED STORM INCL  ☒ YES ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT:  Included | DED: 2%, min $ ████ |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | Extended Business Income Coverage Period 180 days |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| ☐ CONTRACT OF SALE   ☐ LENDER'S LOSS PAYABLE   ☐ LOSS PAYEE<br>☐ MORTGAGEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|
| NAME AND ADDRESS<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox # 35<br>Wilmington, DE 19899-0035 | |
| | AUTHORIZED REPRESENTATIVE  *Jean Brandon* |

| **The ACORD name and logo are registered marks of ACORD** | **© 2003-2015 ACORD CORPORATION.  All rights reserved.** |
|---|---|

ACORD 28 (2016/03)

This evidence replaces evidence# 997487 issued on 11/29/2016                997558

REMARKS: (Continued from Page1):

*Limit includes the following type of property covered and limits split out:
Your Business Personal Property Excluding Stock: $███████████
Personal Property of Others: $███████████

Certificate holder is provided 30 days notice of cancellation in accordance with the terms and conditions of the policy referenced.



# CERTIFICATE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
| --- |
| 11/30/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form.  Use ACORD 27 or ACORD 28.

| PRODUCER | | CONTACT NAME: | Megan Bruce | | |
| --- | --- | --- | --- | --- | --- |
| Commercial Lines – (800) 531-2034 | | PHONE (A/C, No, Ext): | 972-341-8826 | FAX (A/C, No): | 855-605-8264 |
| Wells Fargo Insurance Services USA, Inc. | | E-MAIL ADDRESS: | megan.bruce@wellsfargo.com | | |
| 5151 Belt Line Road, Suite 200 | | PRODUCER CUSTOMER ID: | 167887 | | |
| Dallas, TX 75254 | | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| INSURED | | INSURER A : Alterra America Insurance Company | | | 21296 |
| XTERA Communications, Inc. | | INSURER B : | | | |
| 500 W. Bethany Dr., Suite 100 | | INSURER C : | | | |
| Allen, TX 75013 | | INSURER D : | | | |
| | | INSURER E : | | | |
| | | INSURER F : | | | |

| COVERAGES | CERTIFICATE NUMBER: 997529 | REVISION NUMBER: See Below |
| --- | --- | --- |

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

500 W. Bethany Dr., Suite 100
Allen, TX 75013

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | | LIMITS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **PROPERTY** | | | | | BUILDING | $ | |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | PERSONAL PROPERTY | $ | |
| | BASIC | BUILDING | | | | BUSINESS INCOME | $ | |
| | BROAD | | | | | EXTRA EXPENSE | $ | |
| | SPECIAL | CONTENTS | | | | RENTAL VALUE | $ | |
| | EARTHQUAKE | | | | | BLANKET BUILDING | $ | |
| | WIND | | | | | BLANKET PERS PROP | $ | |
| | FLOOD | | | | | BLANKET BLDG & PP | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | $ | |
| | CAUSES OF LOSS | | | | | | $ | |
| | NAMED PERILS | | POLICY NUMBER | | | | $ | |
| | | | | | | | $ | |
| | **CRIME** | | | | | | $ | |
| | TYPE OF POLICY | | | | | | $ | |
| | | | | | | | $ | |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | $ | |
| A | Open Cargo | | ███████████ | 02/15/2016 | 02/15/2017 | See Special Cond | $ | |
| | | | | | | | $ | |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Deductibles:
Transit - $████ per occurrence

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| United States Trustee 844 King Street, Room 2207 Lockbox #35 Wilmington, DE 1899-0035 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Jean Brandon* |

The ACORD name and logo are registered marks of ACORD

© 1995-2009 ACORD CORPORATION.  All rights reserved.

ACORD 24 (2009/09)

This certificate replaces certificate# 997482 issued on 11/29/2016

SPECIAL CONDITIONS/OTHER COVERAGES: (Continued from Page1):

Stock - $████; however losses as a result of earthquake, named
windstorm or flood are subject to a deductible equal to 5% of the
insured value, not less than $██████.

Insured and cancellation has been amended per endorsement # 001 - see attached.

Goods Insured: New and lawful goods consisting principally of network infastructure equipment, and items related to the business of the assured.

Limits:
Transit
$██████      Any one vessel, aircraft or connecting conveyance
$██████      Any one domestic conveyance

Stock
$██████      At 500 Bethany, Ste 100, Allen, Texas
$██████      At San Jose, CA
$██████      Any one unnamed storage location (excludes coverage
for EQ/Wind/Flood)
$██████      Annual aggregate limit for Earthquake, Named
Windstorm, and Flood

## Contract Endorsement

| | |
|---|---|
| **Unique Market Reference:** | **B0180PC1603543** |
| **Endorsement Reference:** | **001** |
| **Insured:** | **XTERA Communications, Inc** |

### CONTRACT CHANGES

ENDORSEMENT
EFFECTIVE
DATE:                29th November 2016

Underwriters hereby note and agree that the named Insured and notice of cancelation are amended as follows;

**Insured:**          **XTERA Communications, Inc** and/or United States Trustee and/or affiliated and/or interrelated and/or subsidiary companies and/or corporations as they now are or may hereafter be created and/or constituted and/or for whom the Insured receive instructions to insure and/or for whom the Insured have or assume a responsibility to arrange insurance, as their respective rights and interest may appear hereinafter known as the Insured.

CANCELLATION CLAUSE
The inclusion in this contract of insurance against war risks may be cancelled by either the underwriters or the Insured giving seven (7) days' notice.

The inclusion in this contract of insurance against strikes, riots and civil commotions as per Institute Strikes Clauses may be cancelled by either the underwriters or the Insured giving seven (7) days' notice other than for shipments or sendings to or from U.S.A., where forty-eight (48) hours' notice shall be given.

Except as above, this contract may be cancelled by either the underwriters or the Insured giving thirty (30) days' notice.

Cancellation shall become effective on the expiry of the appropriate number of days from midnight of the day on which notice of cancellation is issued by or to the underwriters but shall not apply to any transit insurance which shall have been declared or attached in accordance with contract terms and Conditions before the cancellation becomes effective.

### AGREEMENT

| GENERAL UNDERWRITERS AGREEMENT (GUA) | | |
|---|---|---|
| Each Underwriter's proportion is several not joint | | |
| Slip Leader Only | Slip Leader and Agreement Parties | All Underwriters |
| Box 1 | Box 2 | Box 3 |

| Underwriter Agreement Parties: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Note:  Where more than one insurer participates in the contract, the contract terms may mean that it is not always necessary to obtain a record of agreement to the Contract Endorsement from all of those insurers.

| FOR INTERNAL USE ONLY | | | |
|---|---|---|---|
| Prep'd By: | Pre-placing Checker: | Broker: | Post-placing Checker |
| | | | Date: 30 NOV16 |

## Contract Endorsement

~~Underwriters hereby note and agree to waive subrogation~~ against United States Trustee, 844 King Street, ~~Room 2207, lockbox #5,~~ Wilmington, DE 19899-0035.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

London Dated: 30 November 2016

### AGREEMENT

| GENERAL UNDERWRITERS AGREEMENT (GUA) | | |
|---|---|---|
| Each Underwriter's proportion is several not joint | | |
| Slip Leader Only | Slip Leader and Agreement Parties | All Underwriters |
| Box 1 | Box 2 | Box 3 |

| Underwriter Agreement Parties: | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Note: Where more than one insurer participates in the contract, the contract terms may mean that it is not always necessary to obtain a record of agreement to the Contract Endorsement from all of those insurers.

| FOR INTERNAL USE ONLY | | | |
|---|---|---|---|
| Prep'd By: | Pre-placing Checker: | Broker: | Post-placing Checker: Date: 30 NOV 6 |

167887



# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
| --- |
| 11/30/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | Megan Bruce | | |
| --- | --- | --- | --- | --- |
| Commercial Lines - (972) 588-6456 | PHONE (A/C, No, Ext): 972-341-8826 | | FAX (A/C, No): 855-605-8264 | |
| Wells Fargo Insurance Services USA, Inc. | E-MAIL ADDRESS: Megan.Bruce@wellsfargo.com | | | |
| 5151 Belt Line Road, Suite 200 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| Dallas, TX 75254 | INSURER A : | Phoenix Insurance Company | | 25623 |
| INSURED | INSURER B : | Travelers Indemnity Co of America | | 25666 |
| XTERA Communications, Inc. | INSURER C : | Travelers Indemnity Co. of Connecticut | | 25682 |
| 500 W. Bethany Dr., Suite 100 | INSURER D : | Standard Fire Insurance Co. | | 19070 |
| | INSURER E : | Travelers Property Casualty Co of America | | 25674 |
| Allen TX 75013 | INSURER F : | Ohio Casualty Insurance Company | | 24074 |

## COVERAGES          CERTIFICATE NUMBER: 11137038          REVISION NUMBER: See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | X  COMMERCIAL GENERAL LIABILITY | | | ▪ | 02/15/2016 | 02/15/2017 | EACH OCCURRENCE | $ ▪ |
| | ☐ CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ ▪ |
| | | | | | | | MED EXP (Any one person) | $ ▪ |
| | | | | | | | PERSONAL & ADV INJURY | $ ▪ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ ▪ |
| | X  POLICY  ☐ PRO-JECT  ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ ▪ |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | | | ▪ | 02/15/2016 | 02/15/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ ▪ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X  HIRED AUTOS ONLY  X  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X  UMBRELLA LIAB  X  OCCUR | | | ▪ | 02/15/2016 | 02/15/2017 | EACH OCCURRENCE | $ ▪ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ ▪ |
| | ☐ DED  X  RETENTION $ ▪ | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | ▪ | 02/15/2016 | 02/15/2017 | X  PER STATUTE  ☐ OTHER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N  N/A (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ ▪ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ ▪ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ ▪ |
| E | Errors & Omissions | | | ▪ | 02/15/2016 | 02/15/2017 | $ ▪  Each Act | |
| | | | | | | | $ ▪  Aggregate | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Certificate holder is provided 30 days notice of cancellation in accordance with the terms and conditions of the domestic general liability policy, foreign package policy, and Errors & Omissions policy.

Errors & Omissions Liability is not included on the Umbrella underlying policy schedule.

Errors & Omissions Liability policy: Certificate holder is included as an insured on the policy per attached form PR T1 00 01 12 in section II - 2.b.

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| United States Trustee 844 King Street, Room 2207 Lockbox #35 Wilmington, DE 19899-0035 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Jeanne Brandon* |

The ACORD name and logo are registered marks of ACORD  © 1988-2015 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**

(This certificate replaces certificate# 11136963 issued on 11/30/2016)

# Certificate of Insurance (Con't)

## OTHER Coverage

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | WVD SUBR | POLICY NUMBER | EFFECTIVE DATE (MM/DD/YY) | EXPIRATION DATE (MM/DD/YY) | LIMIT |
|---|---|---|---|---|---|---|---|
| F | Excess Liability | | | ███████ | 01/20/2016 | 02/15/2017 | ███ Occurrence ███<br>Aggregate |

**Certificate of Insurance-Con't**

# Additional Remarks Schedule (Continued from Page 1)

Foreign Package Policy - #███████████
Carrier: Zurich American Insurance Company
Effective Dates: 2/15/2016 - 2/15/2017

Property Coverage:
Per Schedule of File with Carrier

Commercial General Liability:
General Aggregate $███████
Products/Completed Operations Aggregate $████████
Personal and Advertising Injury Liability $████████
Each Occurrence $███████
Damage to Premises Rented to You Limit $██████
Medical Expense $████

Business Automobile - Hired & Non-Owned Coverage:
Liability $███████
Auto Medical Payments $█████

Voluntary Workers Compensaion and Employers Liability Coverage:
Bodily Injury by Accident - Each Accident Limit $███████
Bodily Injury by Disease - Each Employee Limit $███████
Bodily Injury by Disease - Aggregate Limit $███████
Repatriation/Relocation Expenses Each Employee Limit $███████
Repatriation/Relocation Expenses Aggregate Limit $███████

The domestic General Liability and Auto policies and Foreign General Liability include a blanket automatic additional insured endorsement that provides additional insured status to the certificate holder only when there is a written contract between the named insured and the certificate holder that requires such status.

The domestic General Liability, Auto and Primary umbrella policies and Foreign General Liability include a blanket automatic waiver of subrogation endorsement that provides this feature only when there is a written contract between the named insured and the certificate holder that requires it.

Employment Practices Liability:
Insurance Company: Illinois National Insurance Company (NAIC # 23817)
Effective: 02/26/2016 - 02/15/2017
Policy #:
Limit of Liability: $████████
Retention: $████████

Fiduciary Liability:
Insurance Company: Illinois National Insurance Company (NAIC # 23817)
Effective: 02/26/2016 - 02/15/2017
Policy #: ███████████
Limit of Liability: $███████
Retention: $██

Kidnap and Ransom coverage:
Insurance Company: National Union Fire Insurance Company of Pittsburgh, PA (NAIC # 19445)
Effective: 02/15/2016-02/15/2017
Policy # ███████████
Limit of Insurance: $████████  each insured ransom event

**Additional Remarks Schedule-Con't**

or entity in its capacity as your customer.

### g. Injunctive Relief

Any loss, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

This exclusion does not apply to our duty to defend any insured against a "suit" seeking injunctive relief.

### h. Known Wrongful Acts

Loss arising out of any "wrongful act", including any part of "related wrongful acts", that any "described authorized person" knew about before the first date we or any of our affiliated insurance companies have continuously provided this or similar coverage to you.

### i. Nuclear Energy

Loss arising out of the "hazardous properties" of "nuclear material".

### j. Pollution

(1) Loss arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) "Claim" or "suit" by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## SECTION II – WHO IS AN INSURED

1. If you are designated in the CyberFirst Declarations as:

a. An individual, you and your "spouse" are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your partners or your members, and their "spouses", are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are also insureds, but only with respect to their duties as your managers.

d. A public entity, you are an insured. "Your boards" are also insureds. Your lawfully elected or appointed officials, "executive officers" or directors are also insureds, but only with respect to their duties as your elected or appointed officials, "executive officers" or directors.

e. An organization other than a partnership, joint venture, limited liability company or public entity, you are an insured. Your "executive officers" and directors are also insureds, but only with respect to their duties as your "executive officers" or directors. Your stockholders are also insureds, but only with respect to their liability as your stockholders.

2. Each of the following is also an insured:

a. Your "volunteer workers", but only while performing duties related to the conduct of your business, and your "employees", other than either your managers (if you are a limited liability company) or your "executive officers" (if you are an organization other than a partnership, joint venture, limited liability company or public entity), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

b. Your legal representative if you die, become mentally incompetent, insolvent or bankrupt, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

c. Members of "your boards" (if you are a public entity), but only for the conduct of their duties for you or for "your boards". "Employees" of "your boards" are also insureds, but only for work done within the scope of their employment by "your boards", or their performance of duties related to the conduct of the operations of "your boards".

167887

 ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
11/29/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Megan Bruce | | |
|---|---|---|---|
| Commercial Lines - (972) 588-6456 | PHONE (A/C, No, Ext): 972-341-8826 | | FAX (A/C, No): 855-605-8264 |
| Wells Fargo Insurance Services USA, Inc. | E-MAIL ADDRESS: Megan.Bruce@wellsfargo.com | | |
| 5151 Belt Line Road, Suite 200 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Dallas, TX 75254 | INSURER A : Phoenix Insurance Company | | 25623 |
| INSURED | INSURER B : Travelers Indemnity Co of America | | 25666 |
| XTERA Communications, Inc. | INSURER C : Travelers Indemnity Co. of Connecticut | | 25682 |
| 500 W. Bethany Dr., Suite 100 | INSURER D : Standard Fire Insurance Co. | | 19070 |
| | INSURER E : Travelers Property Casualty Co of America | | 25674 |
| Allen TX 75013 | INSURER F : Ohio Casualty Insurance Company | | 24074 |

## COVERAGES          CERTIFICATE NUMBER: 11135670          REVISION NUMBER: See below

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | ▪ | 02/15/2016 | 02/15/2017 | EACH OCCURRENCE | $ ▪ |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ ▪ |
| | | | | | | | MED EXP (Any one person) | $ ▪ |
| | | | | | | | PERSONAL & ADV INJURY | $ ▪ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ ▪ |
| | X POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ ▪ |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | | | ▪ | 02/15/2016 | 02/15/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB X OCCUR | | | ▪ | 02/15/2016 | 02/15/2017 | EACH OCCURRENCE | $ ▪ |
| | EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ ▪ |
| | DED X RETENTION $ ▪ | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | ▪ | 02/15/2016 | 02/15/2017 | X PER STATUTE ☐ OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ ▪ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ ▪ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ ▪ |
| E | Errors & Omissions | | | ▪ | 02/15/2016 | 02/15/2017 | $ ▪ Each Act | |
| | | | | | | | $ ▪ Aggregate | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Certificate holder is provided 30 days notice of cancellation in accordance with the terms and conditions of the general liability policy.

Errors & Omissions Liability is not included on the Umbrella underlying policy schedule.

Foreign Package Policy - # ▪
Carrier: Zurich American Insurance Company
Effective Dates: 2/15/2016 - 2/15/2017

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee 844 King Street, Room 2207 Lockbox #35 Wilmington, DE 19899-0035 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Jeane Brandon* |

The ACORD name and logo are registered marks of ACORD          © 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)

(This certificate replaces certificate# 11131848 issued on 11/29/2016)

# Certificate of Insurance (Con't)

## OTHER Coverage

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | WVD SUBR | POLICY NUMBER | EFFECTIVE DATE (MM/DD/YY) | EXPIRATION DATE (MM/DD/YY) | LIMIT |
|---|---|---|---|---|---|---|---|
| F | Excess Liability | | | ███████ | 01/20/2016 | 02/15/2017 | ███ Occurrence ███<br>Aggregate |

**Certificate of Insurance-Con't**

# Additional Remarks Schedule (Continued from Page 1)

Property Coverage:
Per Schedule of File with Carrier

Commercial General Liability:
General Aggregate $ ▮▮▮▮▮
Products/Completed Operations Aggregate $ ▮▮▮▮▮▮
Personal and Advertising Injury Liability $ ▮▮▮▮▮
Each Occurrence $ ▮▮▮▮▮
Damage to Premises Rented to You Limit $ ▮▮▮▮▮
Medical Expense $ ▮▮▮▮

Business Automobile - Hired & Non-Owned Coverage:
Liability $ ▮▮▮▮▮
Auto Medical Payments $ ▮▮▮▮

Voluntary Workers Compensaion and Employers Liability Coverage:
Bodily Injury by Accident - Each Accident Limit $ ▮▮▮▮▮
Bodily Injury by Disease - Each Employee Limit $ ▮▮▮▮▮
Bodily Injury by Disease - Aggregate Limit $ ▮▮▮▮▮
Repatriation/Relocation Expenses Each Employee Limit $ ▮▮▮▮▮▮
Repatriation/Relocation Expenses Aggregate Limit $ ▮▮▮▮▮

The domestic General Liability and Auto policies (excluding Foreign Package) include a blanket automatic additional insured endorsement that provides additional insured status to the certificate holder only when there is a written contract between the named insured and the certificate holder that requires such status.

The domestic General Liability and Auto policies (excluding Foreign Package) include a blanket automatic waiver of subrogation endorsement that provides this feature only when there is a written contract between the named insured and the certificate holder that requires it.

The Foreign General Liability includes a blanket automatic Additional Insured status to the certificate holder when there is a written conract between the named insured and the certificate holder that requires such status.

Employment Practices Liability:
Insurance Company: Illinois National Insurance Company (NAIC # 23817)
Effective: 02/26/2016 - 02/15/2017
Policy #:
Limit of Liability: $ ▮▮▮▮▮
Retention: $ ▮▮▮▮

Fiduciary Liability:
Insurance Company: Illinois National Insurance Company (NAIC # 23817)
Effective: 02/26/2016 - 02/15/2017
Policy #: ▮▮▮▮▮
Limit of Liability: $ ▮▮▮▮▮
Retention: $ ▮

Kidnap and Ransom coverage:
Insurance Company: National Union Fire Insurance Company of Pittsburgh, PA (NAIC # 19445)
Effective: 02/15/2016-02/15/2017
Policy # ▮▮▮▮▮
Limit of Insurance: $ ▮▮▮▮▮ each insured ransom event

Additional Remarks Schedule-Con't


**ACORD®**

# CERTIFICATE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 11/29/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form. Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Megan Bruce |
|---|---|
| Commercial Lines – (800) 531-2034 | PHONE (A/C, No, Ext): 972-341-8826 / FAX (A/C, No): 855-605-8264 |
| Wells Fargo Insurance Services USA, Inc. | E-MAIL ADDRESS: megan.bruce@wellsfargo.com |
| 5151 Belt Line Road, Suite 200 | PRODUCER CUSTOMER ID: 167887 |
| Dallas, TX 75254 | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Alterra America Insurance Company | 21296 |
| XTERA Communications, Inc. | INSURER B : | |
| 500 W. Bethany Dr., Suite 100 | INSURER C : | |
| Allen, TX 75013 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER: 997482    REVISION NUMBER: See Below

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

500 W. Bethany Dr., Suite 100
Allen, TX 75013

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | | | | BUILDING | $ |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | PERSONAL PROPERTY | $ |
| | BASIC | BUILDING | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | $ |
| | CAUSES OF LOSS | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | $ |
| | | | | | | | $ |
| | **CRIME** | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | $ |
| A | Open Cargo | | ████████ | 02/15/2016 | 02/15/2017 | See Special Cond | $ |
| | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Deductibles:
Transit - $████ per occurrence

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 1899-0035 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE  *Jeanne Brandon* |

The ACORD name and logo are registered marks of ACORD    © 1995-2009 ACORD CORPORATION. All rights reserved.

ACORD 24 (2009/09)

SPECIAL CONDITIONS/OTHER COVERAGES: (Continued from Page1):

Stock - $████; however losses as a result of earthquake, named
windstorm or flood are subject to a deductible equal to 5% of the
insured value, not less than $██████.

Goods Insured: New and lawful goods consisting principally of network infastructure equipment, and items related to the business of the assured.

Limits:
Transit
$█████████    Any one vessel, aircraft or connecting conveyance
$█████████    Any one domestic conveyance

Stock
$████████    At 500 Bethany, Ste 100, Allen, Texas
$████████    At San Jose, CA
$████████    Any one unnamed storage location (excludes coverage
for EQ/Wind/Flood)
$████████    Annual aggregate limit for Earthquake, Named
Windstorm, and Flood



# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
11/29/2016

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 800.531.2034 | COMPANY NAME AND ADDRESS | | NAIC NO: 25623 |
|---|---|---|---|---|

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Commercial Lines
Wells Fargo Insurance Services USA, Inc.
5151 Belt Line Road, Suite 200
Dallas, TX 75254

**PHONE (A/C, No, Ext):** 800.531.2034
**FAX (A/C, No):** 855.605.8264
**E-MAIL ADDRESS:** Megan.Bruce@wellsfargo.com

**COMPANY NAME AND ADDRESS**
Phoenix Insurance Company

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**CODE:**          **SUB CODE:**

**AGENCY CUSTOMER ID #:**

**NAMED INSURED AND ADDRESS**
XTERA Communications, Inc.
500 W. Bethany Dr., Suite 100
Allen, TX 75013

**ADDITIONAL NAMED INSURED(S)**

**POLICY TYPE**
Property / Stock Throughput

**LOAN NUMBER**          **POLICY NUMBER**

| EFFECTIVE DATE | EXPIRATION DATE | |
|---|---|---|
| 02/15/2016 | 02/15/2017 | CONTINUED UNTIL TERMINATED IF CHECKED |

THIS REPLACES PRIOR EVIDENCE DATED:

---

## PROPERTY INFORMATION   (ACORD 101 may be attached if more space is required)   ☐ BUILDING  OR  ☒ BUSINESS PERSONAL PROPERTY

500 W. Bethany Dr., Suite 100
Allen, TX 75013

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION          PERILS INSURED   ☐ BASIC   ☐ BROAD   ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE:   $ ▮▮▮▮*          DED: $ ▮▮▮▮

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☒ RENTAL VALUE | X | | | If YES, LIMIT: $ ▮▮▮  Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | X | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: $ ▮▮▮   DED: $ ▮▮▮ |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | X | | |
| COINSURANCE | | X | | If YES,          % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: Included   DED: $ ▮▮▮ |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: $ ▮▮▮***   DED: $ ▮▮▮ |
|    - Demolition Costs | X | | | If YES, LIMIT: Incl in limit***   DED: $ ▮▮▮ |
|    - Incr. Cost of Construction | X | | | If YES, LIMIT: Incl in limit***   DED: $ ▮▮▮ |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: $ ▮▮▮   DED: 2%, min $ ▮▮▮ |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: $ ▮▮▮   DED: 50,000 |
| WIND / HAIL INCL  ☒ YES ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT: Included   DED: 2%, min $ ▮▮▮ |
| NAMED STORM INCL  ☒ YES ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT: Included   DED: 2%, min $ ▮▮▮ |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | Extended Business Income Coverage Period 180 days |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| ☐ CONTRACT OF SALE | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| ☐ MORTGAGEE | | | |

**NAME AND ADDRESS**
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899-0035

**AUTHORIZED REPRESENTATIVE**
*Jean Brandon*

---

The ACORD name and logo are registered marks of ACORD          © 2003-2015 ACORD CORPORATION.  All rights reserved.

**ACORD 28 (2016/03)**

997487

167887

REMARKS: (Continued from Page1):

*Limit includes the following type of property covered and limits split out:
Your Business Personal Property Excluding Stock: $████████
Personal Property of Others: $████████

997487