# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XTERA COMMUNICATIONS, INC., *et al.*,[1] | Case No. 16-12577 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 11 |

## NOTICE OF CONTINUED HEARING ON
## DECEMBER 22, 2016 AT 1:00 P.M. (PREVAILING EASTERN TIME)

**PLEASE TAKE NOTICE** that, on November 15, 2016, the above-captioned debtors (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, and Local Rule 4001-2 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Super-Priority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 11] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Granting Related Relief and (IV) Scheduling a Final Hearing* (the "Interim Order") [D.I. 55] entered on November 18, 2016, scheduled a further hearing on the Motion for December 15, 2016 at 1:30 p.m.

**PLEASE TAKE FURTHER NOTICE** that the Motion was previously served in accordance with the *Affidavit of Service by Forrest Kuffer* [D.I. 57].

**PLEASE TAKE FURTHER NOTICE** that a status hearing to consider the Motion was held before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #5, on December 15, 2016 at 1:30 p.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that, at the Hearing, the Court entered the following orders granting the Debtors requested relief:

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Xtera Communications, Inc. (4611); Xtera Communications, Ltd. (4611); Xtera Communications Canada, Ltd. (9560); Xtera Communications Hong Kong Ltd. (4611); PMX Holdings, Ltd (4611); Azea Networks, Inc. (7821); Neovus, Inc. (2940); and Xtera Asia Holdings, LLC (4611). The mailing address for the Debtors, solely for purposes of notices and communications, is 500 W. Bethany Drive Suite 100 Allen, TX 750133.

- *Final Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, Existing Bank Accounts, and Business Forms, and (II) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code;*

- *Final Order Authorizing Debtors to Pay Prepetition Wages, Compensation and Employee Benefits;*

- *Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees;* and

- *Final Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies, and (II) Granting Certain Related Relief.*

**PLEASE TAKE FURTHER NOTICE** that at that status hearing a further hearing to consider the Motion was scheduled for **December 22, 2016 at 1:00 p.m. (prevailing Eastern Time)** to be held before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #5.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are required to file additional pleadings to be considered at the Hearing by or before **December 19, 2016**.

**PLEASE TAKE FURTHER NOTICE** that any objection, reply or responsive pleading may be presented at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion are available for inspection during regular business hours, Monday through Friday, 8:00 a.m. to 4:00 p.m. (prevailing Eastern Time), excluding federal and Court holidays, at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. In addition, copies may be obtained by visiting the website maintained by the Debtors' Court-appointed claims and noticing agent, Epiq Bankruptcy Solutions, LLC at http://dm.epiq11.com/xci/info.

Dated: December 16, 2016
   Wilmington, Delaware

**DLA PIPER LLP (US)**

 */s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
Maris J. Kandestin (DE 5294)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
Email: stuart.brown@dlapiper.com
Email: Maris.Kandestin@dlapiper.com

-- and --

Thomas R. Califano (admitted *pro hac vice*)
Jamila Justine Willis (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
Email:  thomas.califano@dlapiper.com
Email: Jamila.willis@dlapiper.com

*Proposed Counsel to Debtors and Debtors in Possession*