**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>XTERA COMMUNICATIONS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-12577 (KJC)<br><br>(Jointly Administered)<br><br>**Related D.I.: 13, 100, 172** |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION**
**OF STALKING HORSE BIDDER AS THE SUCCESSFUL BIDDER**

   **PLEASE TAKE NOTICE** that on November 15, 2016, Xtera Communications Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "Debtors") filed the *Motion of the Debtors and Debtors in Possession, Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code for Entry of Orders (i)(a) Approving Procedures in Connection with the Sale of Substantially all of the Debtors' Assets; (b) Scheduling Related Auctions and a Hearing to Consider Approval of Sale; (c) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (d) Approving the Form and Manner of Notice Thereof; (e) Approving Bid Protections; and (f) Granting Related Relief; and (ii)(a) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (c) Granting Related Relief* [D.I. 13] (the "Motion").

   **PLEASE TAKE FURTHER NOTICE** that on December 6, 2016, the Court entered the *Order (i)(a) Approving Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (b) Scheduling Related Auctions and a Hearing to Consider Approval of Sale; (c) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (d) Approving the Form and Manner of Notice Thereof; (e) Approving Bid Protections and (f) Granting Related Relief and (ii)(a) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (c) Granting Related Relief* [D.I. 100] (the "Bid Procedures Order"), which was subsequently amended by the *Order Amending Order (i)(a) Approving Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (b) Scheduling Related Auctions and a Hearing to Consider Approval of Sale; (c) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (d) Approving the Form and*

---

[1]  The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Xtera Communications, Inc. (4611); Xtera Communications, Ltd. (4611); Xtera Communications Canada, Inc. (9560); Xtera Communications Hong Kong Ltd. (4611); PMX Holdings, Ltd (4611); Azea Networks, Inc. (7821); Neovus, Inc. (2940); Xtera Asia Holdings, LLC (4611); and Xtera Comunicacoes do Brasil LTDA (0174). The mailing address for the Debtors, solely for purposes of notices and communications, is 500 W. Bethany Drive, Suite 100, Allen, TX 75013.

*Manner of Notice Thereof; (e) Approving Bid Protections and (f) Granting Related Relief and (ii)(a) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (c) Granting Related Relief* [D.I. 172] (the "<u>Amended Bid Procedures Order</u>").

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any Qualified Bids (other than the bid submitted by the Stalking Horse Bidder pursuant to the Stalking Horse Agreement) prior to the Bid Deadline. **ACCORDINGLY, PURSUANT TO THE BID PROCEDURES ORDER AND THE AMENDED BID PROCEDURES ORDER, THE DEBTORS HAVE CANCELLED THE AUCTION AND THE DEBTORS WILL <u>NOT</u> CONDUCT AN AUCTION.**

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on **<u>January 30, 2017 at 11:00 a.m. (prevailing Eastern Time)</u>** before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, 5th Floor. At the Sale Hearing, the Debtors will seek approval of the Sale to the Stalking Horse Bidder, as outlined in the Motion.

Dated: January 23, 2017
Wilmington, Delaware

Respectfully submitted,
**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE Bar No. 4050)
Maris Kandestin (DE Bar No. 5294)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
         maris.kandestin@dlapiper.com

-and-

Thomas R. Califano (admitted pro hac vice)
Jamila Justine Willis (admitted pro hac vice)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: thomas.califano@dlapiper.com
         jamila.willis@dlapiper.com

*Counsel to the Debtors and Debtors in Possession*