```
                                                                  CLAIMS REGISTER AS OF 03/01/17                                                      PAGE:       1
U.S. BANKRUPTCY COURT - XTERA COMMUNICATIONS, INC. CLAIMS
CHAPTER 11 CASE NOS. 16-12577 (KJC) JOINTLY ADMINISTERED THROUGH 16-12584, 16-12632
DEBTOR:  XTERA COMMUNICATIONS, INC., 500 WEST BETHANY DRIVE STE #100 , ALLEN, TX 75013                                          CASE FILE DATE: 11/15/16
ATTORNEY: DLA PIPER LLP, 1201 N. MARKET STREET, SUITE # 2100 WILMINGTON, DE 19801 302-468-5640 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 16-12577 | ALLEN ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>277 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 00001 | 64,909.41 CLAIMED SECURED | 11/18/16 | CLAIMED UNLIQ |
| 16-12577 | BARKER BRETTELL LLP<br>100 HAGLEY ROAD<br>EDGBASTON<br>BIRMINGHAM<br>UNITED KINGDOM | 00002 | 39,143.33 CLAIMED UNSECURED | 11/28/16 | |
| 16-12577 | JORENS LLC<br>ATTN: BART JORENS<br>45 HILLTOP DR<br>MADISON, CT 06443 | 00003 | 3,400.00 CLAIMED UNSECURED | 12/08/16 | |
| 16-12577 | MORGANFRANKLIN CONSULTING, LLC<br>ATTN: ERIC D REICIN<br>7900 TYSONS ONE PLACE<br>SUITE 300<br>MCLEAN, VA 22102 | 00004 | 262,745.69 CLAIMED UNSECURED | 12/08/16 | |
| 16-12577 | LUMENTUM OPERATIONS LLC<br>C/O MEYERS LAW GROUP<br>ATTN: MERLE C MYERS, ESQ<br>44 MONTGOMERY ST, STE. 1010<br>SAN FRANCISCO, CA 94104 | 00005 | 1,301,723.43 CLAIMED UNSECURED | 12/09/16 | |
| 16-12577 | DEPARTMENT OF TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 00006 | 147,418.53 CLAIMED PRIORITY | 12/09/16 | |
| 16-12577 | SURFACE TECHNOLOGY INTERNATIONAL LIMITED<br>OSBORN WAY<br>HOOK, HAMPSHIRE  RG27 9HX<br>UNITED KINGDOM | 00007 | 2,972,793.15 CLAIMED UNSECURED | 12/12/16 | |
| 16-12577 | STI SUPPLY CHAIN LIMITED<br>OSBORN WAY<br>HOOK, HAMPSHIRE  RG27 9HX<br>UNITED KINGDOM | 00008 | 511,039.36 CLAIMED UNSECURED | 12/12/16 | |
| 16-12577 | ARGONAUT INSURANCE COMPANY<br>ATTN: AUDREY RICHARDS<br>PO BOX 469011<br>SAN ANTONIO, TX 78246 | 00009 | 33,468.75 CLAIMED UNSECURED | 12/12/16 | |

```
                                                    CLAIMS REGISTER AS OF 03/01/17                                    PAGE:     2
U.S. BANKRUPTCY COURT - XTERA COMMUNICATIONS, INC. CLAIMS
CHAPTER 11 CASE NOS. 16-12577 (KJC) JOINTLY ADMINISTERED THROUGH 16-12584, 16-12632
DEBTOR: XTERA COMMUNICATIONS, INC., 500 WEST BETHANY DRIVE STE #100 , ALLEN, TX 75013                                 CASE FILE DATE: 11/15/16
ATTORNEY: DLA PIPER LLP, 1201 N. MARKET STREET, SUITE # 2100 WILMINGTON, DE 19801 302-468-5640 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 16-12577 | JORENS LLC<br>ATTN: BART JORENS<br>45 HILLTOP DR<br>MADISON, CT 06443 | 00010 | 3,400.00 CLAIMED UNSECURED | 12/08/16 | |
| 16-12577 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS & ROBERTS, P.C.<br>777 EAST 15TH STREET<br>PLANO, TX 75074 | 00011 | 33,051.43 CLAIMED SECURED | 12/27/16 | |
| 16-12577 | A-2- SEA SOLUTIONS LTD (UNITED KINGDOM)<br>ATTN: ROSS TAYLOR<br>UNIT 15, ROMSEY INDUSTRIAL ESTATE<br>ROMSEY<br>UNITED KINGDOM | 00012 | 77,130.00 CLAIMED UNSECURED | 12/29/16 | |
| 16-12577 | A-2- SEA SOLUTIONS LTD (UNITED KINGDOM)<br>ATTN: ROSS TAYLOR<br>UNIT 15, ROMSEY INDUSTRIAL ESTATE<br>ROMSEY<br>UNITED KINGDOM | 00013 | 55,441.80 CLAIMED UNSECURED | 12/29/16 | |
| 16-12577 | LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: LEGAL - BKY<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 | 00014 | 17,994.03 CLAIMED UNSECURED | 12/27/16 | |
| 16-12577 | CLESCA, BERTRAND<br>10 RUE JOSEPH BARA<br>PARIS  75006<br>FRANCE | 00015 | 12,850.00 CLAIMED PRIORITY<br>124,986.19 CLAIMED UNSECURED<br>137,836.19 TOTAL CLAIMED | 01/03/17 | |
| 16-12577 | CONCUR TECHNOLOGIES, INC.<br>601 108TH AVE NE, SUITE 1000<br>BELLEVUE, WA 98004 | 00016 | 2,098.52 CLAIMED UNSECURED | 01/10/17 | |
| 16-12577 | LOGINOV, VASILY<br>RUSSIAN FEDERATION<br>141406 SOVHOZNAYA STR<br>KHIMKI  14-144<br>RUSSIA | 00017 | 14,839.00 CLAIMED UNSECURED | 01/13/17 | |
| 16-12577 | ALLEN ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON, LLP<br>ATTN: ELIZABETH WELLER/LAURIE HUFFMAN<br>2777 N STEMMONS FRWY, STE 1000<br>DALLAS, TX 75207 | 00018 | 64,909.41 CLAIMED ADMINISTRATIVE<br>0.00 CLAIMED SECURED<br>64,909.41 TOTAL CLAIMED | 01/18/17 | CLAIMED UNLIQ |

```
                                                    CLAIMS REGISTER AS OF 03/01/17                                                PAGE:      3
U.S. BANKRUPTCY COURT - XTERA COMMUNICATIONS, INC. CLAIMS
CHAPTER 11 CASE NOS. 16-12577 (KJC) JOINTLY ADMINISTERED THROUGH 16-12584, 16-12632
DEBTOR:  XTERA COMMUNICATIONS, INC., 500 WEST BETHANY DRIVE STE #100 , ALLEN, TX 75013                                  CASE FILE DATE: 11/15/16
ATTORNEY: DLA PIPER LLP, 1201 N. MARKET STREET, SUITE # 2100 WILMINGTON, DE 19801 302-468-5640 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 16-12577 | HUNTER TELECOM LIMITED<br>ATTN: RICHARD DODD<br>8345 NW 66TH ST, #6778<br>MIAMI, FL 33166 | 00019 | 33,412.40 CLAIMED UNSECURED | 01/18/17 | Amended By Claim Number 27 |
| 16-12577 | OTAKE, GARY H.<br>5745 BOZEMAN DRIVE, #8293<br>PLANO, TX 75024 | 00020 | 12,850.00 CLAIMED PRIORITY<br>109,786.93 CLAIMED UNSECURED<br>122,636.93 TOTAL CLAIMED | 01/19/17 | |
| 16-12577 | U.S. BANK, N.A.<br>D/B/A U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL, MN 56258 | 00021 | 105,757.67 CLAIMED SECURED | 01/17/17 | |
| 16-12577 | XOMETRY, INC<br>7951 CESSNA AVENUE<br>GAITHERSBURG, MD 20879 | 00022 | 28,224.00 CLAIMED UNSECURED | 01/20/17 | |
| 16-12577 | NXPIRE, LLC<br>C/O WASSERMAN, JURISTA & STOLZ, PC<br>ATTN: DWC<br>110 ALLEN ROAD, STE 304<br>BASKING RIDGE, NJ 07920 | 00023 | 150,202.25 CLAIMED UNSECURED | 01/23/17 | |
| 16-12577 | HIGGINBOTHAM, DYLAN<br>3901 BIG FORK TRAIL<br>MCKINNEY, TX 75070 | 00024 | 4,807.69 CLAIMED PRIORITY<br>7,211.54 CLAIMED UNSECURED<br>12,019.23 TOTAL CLAIMED | 01/23/17 | |
| 16-12577 | MCCUTCHEON, WILLIAM L.<br>1214 CAMERON LANE<br>ALLEN, TX 75002 | 00025 | 12,850.00 CLAIMED PRIORITY<br>3,976.92 CLAIMED UNSECURED<br>16,826.92 TOTAL CLAIMED | 01/24/17 | |
| 16-12577 | SEAWORKS AS<br>ATTN: STIAN HOKLAND<br>PO BOX 3196<br>HARSTAD  09498<br>NORWAY | 00026 | 156,047.50 CLAIMED UNSECURED | 01/24/17 | |
| 16-12577 | HUNTER TELECOM LIMITED<br>ATTN: RICHARD DODD<br>8345 NW 66TH ST, #6778<br>MIAMI, FL 33166 | 00027 | 33,412.40 CLAIMED UNSECURED | 01/25/17 | Amends claim # 19 |
| 16-12577 | SALAH, MUHAMMAD<br>3 HASSAN SADEL ST<br>HELIOPOLIS<br>CAIRO  11341<br>EGYPT | 00028 | 14,024.83 CLAIMED UNSECURED | 01/25/17 | |

```
                                                    CLAIMS REGISTER AS OF 03/01/17                                                    PAGE:        4
U.S. BANKRUPTCY COURT - XTERA COMMUNICATIONS, INC. CLAIMS
CHAPTER 11 CASE NOS. 16-12577 (KJC) JOINTLY ADMINISTERED THROUGH 16-12584, 16-12632
DEBTOR:  XTERA COMMUNICATIONS, INC., 500 WEST BETHANY DRIVE STE #100 , ALLEN, TX 75013                                CASE FILE DATE: 11/15/16
ATTORNEY: DLA PIPER LLP, 1201 N. MARKET STREET, SUITE # 2100 WILMINGTON, DE 19801 302-468-5640 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 16-12577 | THOMSON REUTERS (GRC) INC<br>C/O MOSS & BARNETT<br>ATTN: SARAH E DOERR, ESQ<br>150 5TH ST S, SUITE 1200<br>MINNEAPOLIS, MN 55402 | 00029 | 2,696.52 CLAIMED UNSECURED | 01/25/17 | |
| 16-12577 | UNIVERSITY COLLEGE LONDON<br>ATTN: RESEARCH SERVICES<br>GOWER STREET<br>LONDON  WC1E 6BT<br>UNITED KINGDOM | 00030 | 0.00 CLAIMED UNSECURED | 01/26/17 | CLAIMED UNLIQ<br>Claim amount is GBP 29,055 + VAT |
| 16-12577 | FEDEX CORPORATE SERVICES INC.<br>ASSIGNEE OF FEDEX EXPS/GRND/FREIGHT/OFC<br>3965 AIRWAYS BLVD<br>MODULE G, 3RD FL<br>MEMPHIS, TN 38116-5017 | 00031 | 22,765.24 CLAIMED UNSECURED | 01/24/17 | |
| 16-12577 | AMERICAN EXPRESS TRAVEL RLTD SVCS CO INC<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | 00032 | 15,419.07 CLAIMED UNSECURED | 01/25/17 | |
| 16-12577 | AMERICAN EXPRESS TRAVEL RLTD SVCS CO INC<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | 00033 | 116,804.08 CLAIMED UNSECURED | 01/25/17 | |
| 16-12577 | WA STATE DEPT OF LABOR & INDUSTRIES<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 44171<br>OLYMPIA, WA 98504 | 00034 | 198.62 CLAIMED PRIORITY<br>56.55 CLAIMED UNSECURED<br>255.17 TOTAL CLAIMED | 01/27/17 | |
| 16-12577 | COLAN, PAUL<br>11140 COVENTRY LANE<br>FRISCO, TX 75035 | 00035 | 12,850.00 CLAIMED PRIORITY<br>128,375.70 CLAIMED UNSECURED<br>141,225.70 TOTAL CLAIMED | 01/27/17 | |
| 16-12577 | AT&T CORP<br>C/O AT&T SERVICES, INC<br>ATTN: KAREN CAVAGNARO - LEAD PARALEGAL<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | 00036 | 11,162.60 CLAIMED UNSECURED | 01/25/17 | |
| 16-12577 | AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES COMPANY, INC<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 00037 | 15,419.07 CLAIMED UNSECURED | 01/30/17 | |

```
                                                    CLAIMS REGISTER AS OF 03/01/17                                                    PAGE:      5
U.S. BANKRUPTCY COURT - XTERA COMMUNICATIONS, INC. CLAIMS
CHAPTER 11 CASE NOS. 16-12577 (KJC) JOINTLY ADMINISTERED THROUGH 16-12584, 16-12632
DEBTOR:  XTERA COMMUNICATIONS, INC., 500 WEST BETHANY DRIVE STE #100 , ALLEN, TX 75013                                  CASE FILE DATE: 11/15/16
ATTORNEY: DLA PIPER LLP, 1201 N. MARKET STREET, SUITE # 2100 WILMINGTON, DE 19801 302-468-5640 ATTN:
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 16-12577 | AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES COMPANY, INC<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 00038 | 116,804.08 CLAIMED UNSECURED | 01/30/17 | |
| 16-12577 | PARKS, SCOTT<br>4554 MONTCLAIR CIRCLE<br>GAINESVILLE, GA 30506 | 00039 | 7,500.00 CLAIMED PRIORITY | 01/30/17 | |
| 16-12577 | TRAVELERS (INV) INDEMNITY COMPANY & ITS<br>PROPERTY CASUALTY INSURANCE AFFILIATES<br>C/O RMS (AN IQOR COMPANY)<br>P.O. BOX 361345<br>COLUMBUS, OH 43236 | 00040 | 0.00 CLAIMED UNSECURED | 01/30/17 | CLAIMED UNLIQ |
| 16-12577 | LEO, MASSIMO<br>11/B VIA DEGLI ARANCI<br>RAPALLO  16035<br>ITALY | 00041 | 12,850.00 CLAIMED PRIORITY<br>33,968.22 CLAIMED UNSECURED<br>46,818.22 TOTAL CLAIMED | 02/03/17 | |
| 16-12577 | COMPLICES GRAPHIC<br>6 ALLEE DU VERGER<br>VERN SUR SEICHE  35770<br>FRANCE | 00042 | 5,253.00 CLAIMED UNSECURED | 02/07/17 | |
| 16-12577 | KINGSTON SMITH LLP<br>60 GOSWELL ROAD<br>LONDON<br>UNITED KINGDOM | 00043 | 8,000.00 CLAIMED UNSECURED | 02/09/17 | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
                                                         CLAIMS REGISTER AS OF 03/01/17                                    PAGE:      6
U.S. BANKRUPTCY COURT - XTERA COMMUNICATIONS, INC. CLAIMS
CHAPTER 11 CASE NOS. 16-12577 (KJC) JOINTLY ADMINISTERED THROUGH 16-12584, 16-12632
DEBTOR:  XTERA COMMUNICATIONS, INC., 500 WEST BETHANY DRIVE STE #100 , ALLEN, TX 75013                              CASE FILE DATE: 11/15/16
ATTORNEY: DLA PIPER LLP, 1201 N. MARKET STREET, SUITE # 2100 WILMINGTON, DE 19801 302-468-5640 ATTN:
```

```
                    TOTALS FOR CASE NO. : 16-12577 (KJC) JOINTLY ADMINISTERED
                    DEBTOR: XTERA COMMUNICATIONS, INC.


                                                     #                    Amount
    Scheduled     -  PRIORITY                        0                      0.00
                  -  SECURED                         0                      0.00
                  -  UNSECURED                       0                      0.00


         Total Scheduled                             0                      0.00

    Claimed       -  ADMINISTRATIVE                  1                  64,909.41
                  -  PRIORITY                        9                 224,174.84
                  -  SECURED                         4                 203,718.51
                  -  UNSECURED                      37               6,433,226.15


         Total Claimed                              43               6,926,028.91

    Allowed       -  ADMINISTRATIVE                  0                      0.00
                  -  PRIORITY                        0                      0.00
                  -  SECURED                         0                      0.00
                  -  UNSECURED                       0                      0.00


         Total Allowed                               0                      0.00


         Total Expunged                              0                      0.00

         Total Withdrawn                             0                      0.00
```

                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC