IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| XCI LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 16-12577 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR STATUS HEARING
ON APRIL 16, 2019 AT 3:00 P.M. (EASTERN TIME)**

**Please take notice that the Status Hearing will take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, before The Honorable Kevin J. Carey[2]**

**STATUS HEARING GOING FORWARD**

Related Documents:

A. Status Report [D.I. 440; filed 3/15/19]

B. Notice of Status Hearing [D.I. 441; filed 4/10/19]

Status: This matter is going forward.

*-Signature Page to Follow-*

---

[1] Consistent with and pursuant to the *Order Modifying the Court's Prior Order (i) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code and (ii) Setting Bar Date for Filing Chapter 11 Fee Applications and Establishing a Hearing Date Thereon* [D.I. 412], the Debtors, together with the last four digits of each Debtor's federal tax identification number are as follows: XCI Liquidation, Inc. (4611); XCI Liquidation, Ltd. (9610); XCC Liquidation, Inc. (2053); XCHK Liquidation, Ltd. (7411); PMXH Liquidation, Ltd. (4611); AN Liquidation, Inc. (7821); N Liquidation, Inc. (2940); XAH Liquidation, LLC (4611); and XBR Liquidation LTDA (0154).

[2] Any party that wishes to make a telephonic appearance at the status hearing should make arrangements through CourtCall, LLC at (866) 582-6878 prior to **12:00 p.m. (noon) (prevailing Eastern time) on Monday, April 16, 2019**.

{01439218;v1 }

| | |
|---|---|
| Dated: April 12, 2019 | **ASHBY & GEDDES, P.A.** |
| | |
| | */s/ Gregory A. Taylor*  |
| | Gregory A. Taylor (DE No. 4008) |
| | David F. Cook (DE No. 6352) |
| | 500 Delaware Avenue |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899 |
| | Telephone: (302) 654-1888 |
| | Facsimile: (302) 654-2067 |
| | Email: gtaylor@ashbygeddes.com |
| | Email: dcook@ashbygeddes.com |
| | |
| | *Counsel to Don A. Beskrone,* |
| | *Chapter 7 Trustee of the Debtors and the Debtors'* |
| | *Estates* |