**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| XCI LIQUIDATION, INC., *et al*., [1] | ) | Case No. 16-12577 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON JUNE 12, 2019 AT 2:00 P.M. (EASTERN TIME)**

**Please take notice that the hearing will take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801, before The Honorable Mary F. Walrath[2]**

**MATTERS WITH A CERTIFICATE OF NO OBJECTION AND CERTIFICATION OF COUNSEL**

1.   Trustee's First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3002, 3003 and 3007 and Local Rule 3007-1 [D.I. 447; filed May 1, 2019]

     Response Deadline:  May 15, 2017 at 4:00 p.m. (ET).

     Responses Received:

     A.    Informal comments from claimant Nxpire, LLC

     Related Documents:

     A.    Certification of Counsel Regarding Trustee's First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3002, 3003 and 3007 and Local Rule 3007-1 [D.I. 452; filed May 21, 2019]

     B.    Notice of Submission of Proofs of Claim in Connection with Trustee's First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3002, 3003 and 3007 and Local Rule 3007-1

---

[1] Consistent with and pursuant to the *Order Modifying the Court's Prior Order (i) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code and (ii) Setting Bar Date for Filing Chapter 11 Fee Applications and Establishing a Hearing Date Thereon* [D.I. 412], the Debtors, together with the last four digits of each Debtor's federal tax identification number are as follows: XCI Liquidation, Inc. (4611); XCI Liquidation, Ltd. (9610); XCC Liquidation, Inc. (2053); XCHK Liquidation, Ltd. (7411); PMXH Liquidation, Ltd. (4611); AN Liquidation, Inc. (7821); N Liquidation, Inc. (2940); XAH Liquidation, LLC (4611); and XBR Liquidation LTDA (0154).

[2] Any party that wishes to make a telephonic appearance at the hearing should make arrangements through CourtCall, LLC at (866) 582-6878 by 12:00 p.m. (E.T.) (noon) on June 11, 2019.

[D.I. 453; filed May 29, 2019]

C.      Proposed Order

Status: On May 21, 2019, a Certification of Counsel was filed resolving all claims subject to the Trustee's First Omnibus Objection except Claim No. 11 filed by Collin County Tax Assessor/Collector. The hearing on Claim No. 11 has been adjourned to July 10, 2019. Accordingly, a hearing on all resolved claims is necessary only to the extent the Court has any questions or concerns.

2.      Trustee's Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3002, 3003 and 3007 and Local Rule 3007-1 [D.I. 448; filed May 1, 2019]

Response Deadline:  May 15, 2017 at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.      Certificate of No Objection Regarding Trustee's Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3002, 3003 and 3007 and Local Rule 3007-1 [D.I. 450; filed May 16, 2019]

B.      Notice of Submission of Proofs of Claim in Connection with Trustee's Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3002, 3003 and 3007 and Local Rule 3007-1 [D.I. 454; filed May 29, 2019]

B.      Proposed Order

Status: On May 29, 2019, a Certificate of No Objection was filed. Accordingly, a hearing is necessary only to the extent the Court has any questions or concerns.

Dated: June 10, 2019                    **ASHBY & GEDDES, P.A.**
Wilmington, Delaware

                                        */s/ David F. Cook*
                                        Gregory A. Taylor (No. 4008)
                                        David F. Cook (No. 6352)
                                        500 Delaware Avenue
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        (302) 654-1888
                                        gtaylor@ashbygeddes.com
                                        dcook@ashbygeddes.com

                                        *Counsel for Don A. Beskrone, Chapter 7*
                                        *Trustee*

{01457349;v1 }                              2