**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: XCI LIQUIDATION, INC. | § § § § | Case No. 16-12577-MFW |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Don A. Beskrone</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
824 North Market St.
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/07/2021 in Courtroom 4, 5th Floor, United States Courthouse, 824 North Market St. , Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>03/02/2021</u>          By: /s/ Don A. Beskrone
                                                              Chapter 7 Trustee, Bar No.: 4380

Don A. Beskrone
P.O. Box 272
Wilmington, DE 19899
(302) 654-1888
dbeskronetrustee@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:XCI LIQUIDATION, INC.  § Case No. 16-12577-MFW
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 3,949,925.54 |
| *and approved disbursements of:* | $ | 3,324,459.19 |
| *leaving a balance on hand of[1] :* | $ | 625,466.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| BRIDGE | Bridge Lenders | 0.00 | 1,700,000.00 | 1,700,000.00 | 0.00 |
| Pacific Western | Pacific Western Bank | 0.00 | 500,000.00 | 500,000.00 | 0.00 |
| 1 | Allen ISD | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 33,051.43 | 0.00 | 0.00 | 0.00 |
| 18S | Allen ISD | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | U.S. BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 63 | Jon R. Hopper | 599,666.00 | 0.00 | 0.00 | 0.00 |
| 64 | ARCH Venture Fund VI, L.P. | 500,167.00 | 0.00 | 0.00 | 0.00 |
| 65 | New Enterprise Associates 9, Limited Partnershipc/o Louis S. Citron | 366,331.67 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 66 | New Enterprise Associates 10, Limited Partnershipc/o Louis S. Citron | 133,835.33 | 0.00 | 0.00 | 0.00 |
| 67 | Clifford H. Higgerson | 100,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 625,466.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Don A. Beskrone | 133,424.08 | 0.00 | 133,424.08 |
| Trustee, Expenses - Don A. Beskrone | 103.28 | 0.00 | 103.28 |
| Attorney for Trustee Fees - ASHBY & GEDDES, P.A. | 174,862.85 | 107,373.00 | 67,489.85 |
| Attorney for Trustee, Expenses - ASHBY & GEDDES, P.A. | 4,909.41 | 2,718.09 | 2,191.32 |
| Fees, United States Trustee | 23,094.50 | 23,094.50 | 0.00 |
| Bond Payments - International Sureties, Ltd. | 227.62 | 227.62 | 0.00 |
| Bond Payments - International Sureties, Ltd. | 507.55 | 507.55 | 0.00 |
| Other Chapter 7 Administrative Expenses - Commonwealth of Massachusetts Department of Revenue - Bankruptcy Unit Attn: Anthony M. Mura | 456.00 | 0.00 | 456.00 |
| Other Chapter 7 Administrative Expenses - Office of United States TrusteeDistrict of Delaware J. Caleb Boggs Federal Building | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Office of United States TrusteeDistrict of Delaware J. Caleb Boggs Federal Building | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - BEDERSON LLP | 60,736.95 | 9,475.00 | 51,261.95 |
| Accountant for Trustee Expenses (Other Firm) - BEDERSON LLP | 1,167.10 | 224.52 | 942.58 |

Total to be paid for chapter 7 administrative expenses: $ 255,869.06
Remaining balance: $ 369,597.29

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees - Cowen and Company, LLC | 847,675.54 | 847,675.54 | 0.00 |
| Other Prior Chapter Professional Expenses - Epiq Bankruptcy Solutions | 76,165.10 | 76,165.10 | 0.00 |
| Other Prior Chapter Professional Expenses - Nxpire, LLC | 7,500.00 | 0.00 | 7,500.00 |
| Other Prior Chapter Administrative Expenses - Allen ISD | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:   $   7,500.00
Remaining balance:   $   362,097.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $94,045.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | DEPARTMENT OF TREASURY - IRS | 0.00 | 0.00 | 0.00 |
| 15P | CLESCA, BERTRAND | 12,850.00 | 0.00 | 12,850.00 |
| 20P | OTAKE, GARY H. | 12,850.00 | 0.00 | 12,850.00 |
| 24P | HIGGINBOTHAM, DYLAN | 4,807.69 | 0.00 | 4,807.69 |
| 25P | MCCUTCHEON, WILLIAM L. | 12,850.00 | 0.00 | 12,850.00 |
| 34P | WA STATE DEPT OF LABOR & INDUSTRIES | 198.62 | 0.00 | 198.62 |
| 35P | COLAN, PAUL | 12,850.00 | 0.00 | 12,850.00 |
| 39P | PARKS, SCOTT | 0.00 | 0.00 | 0.00 |
| 41P | LEO, MASSIMO | 0.00 | 0.00 | 0.00 |
| 47P | MASSACHUSETTS DEPARTMENT OF REVENUE BANKRUPTCY UNI | 1,980.55 | 0.00 | 1,980.55 |
| 53 | Department of the TreasuryInternal Revenue Service | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 53-2 | Department of the Treasury Internal Revenue Service | 5,000.00 | 0.00 | 5,000.00 |
| 58P | Stela Marine Ltd. | 0.00 | 0.00 | 0.00 |
| 72P | Trilogy Venture Search, LLC Charles A. Pappalardo % Kingsley House | 0.00 | 0.00 | 0.00 |
| 78P | salesforce.com, inc. Lawrence Schwab/Gaye Heck Bialson, Bergen & Schwab | 21,408.04 | 0.00 | 21,408.04 |
| 79P | PELAGIAN LTD ATTN: AMANDA FISK | 0.00 | 0.00 | 0.00 |
| 83P | Dr. Stuart Robert Barnes c/o Shackelford, Bowen, McKinley & Norton, LL Attn: Frances A. Smith | 0.00 | 0.00 | 0.00 |
| 86 | Philippe A. Perrier | 4,384.83 | 0.00 | 4,384.83 |
| FICAERP | IRS EFTPS - 941 | 2,688.18 | 0.00 | 2,688.18 |
| FUTAP | IRS EFPTS - 940 | 1,548.46 | 0.00 | 1,548.46 |
| MEDIER | IRS EFTPS - 941 | 628.67 | 0.00 | 628.67 |

Total to be paid for priority claims: $ 94,045.04
Remaining balance: $ 268,052.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,985,059.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | BARKER BRETTELL LLP | 39,143.33 | 0.00 | 308.74 |
| 3 | JORENS LLC | 3,400.00 | 0.00 | 26.82 |
| 4 | MORGANFRANKLIN CONSULTING, LLC | 262,745.69 | 0.00 | 2,072.37 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | LUMENTUM OPERATIONS LLC | 1,301,723.43 | 0.00 | 10,267.16 |
| 7 | SURFACE TECHNOLOGY INTERNATIONAL LIMITED | 2,972,793.15 | 0.00 | 23,447.48 |
| 8 | STI SUPPLY CHAIN LIMITED | 511,039.36 | 0.00 | 4,030.75 |
| 9 | ARGONAUT INSURANCE COMPANY | 33,468.75 | 0.00 | 263.98 |
| 10 | JORENS LLC | 3,400.00 | 0.00 | 26.82 |
| 12 | A-2- SEA SOLUTIONS LTD (UNITED KINGDOM) | 77,130.00 | 0.00 | 608.35 |
| 13 | A-2- SEA SOLUTIONS LTD (UNITED KINGDOM) | 55,441.80 | 0.00 | 437.29 |
| 14 | LEVEL 3 COMMUNICATIONS, LLC | 17,994.03 | 0.00 | 141.93 |
| 15U | CLESCA, BERTRAND | 124,986.19 | 0.00 | 985.81 |
| 16 | CONCUR TECHNOLOGIES, INC. | 2,098.52 | 0.00 | 16.55 |
| 17 | LOGINOV, VASILY | 14,839.00 | 0.00 | 117.04 |
| 19 | HUNTER TELECOM LIMITED | 0.00 | 0.00 | 0.00 |
| 20U | OTAKE, GARY H. | 109,786.93 | 0.00 | 865.91 |
| 22 | XOMETRY, INC | 28,224.00 | 0.00 | 222.61 |
| 23 | NXPIRE, LLC | 0.00 | 0.00 | 0.00 |
| 24U | HIGGINBOTHAM, DYLAN | 7,211.54 | 0.00 | 56.87 |
| 25U | MCCUTCHEON, WILLIAM L. | 3,976.92 | 0.00 | 31.36 |
| 26 | SEAWORKS AS | 156,047.50 | 0.00 | 1,230.80 |
| 27 | HUNTER TELECOM LIMITED | 33,412.40 | 0.00 | 263.54 |
| 28 | SALAH, MUHAMMAD | 14,024.83 | 0.00 | 110.62 |
| 29 | THOMSON REUTERS (GRC) INC | 2,696.52 | 0.00 | 21.27 |
| 30 | UNIVERSITY COLLEGE LONDON | 0.00 | 0.00 | 0.00 |
| 31 | FEDEX CORPORATE SERVICES INC. | 22,765.24 | 0.00 | 179.56 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 32 | AMERICAN EXPRESS TRAVEL RLTD SVCS CO INC | 15,419.07 | 0.00 | 121.62 |
| 33 | AMERICAN EXPRESS TRAVEL RLTD SVCS CO INC | 116,804.08 | 0.00 | 921.28 |
| 34U | WA STATE DEPT OF LABOR & INDUSTRIES | 198.62 | 0.00 | 1.57 |
| 35U | COLAN, PAUL | 128,375.70 | 0.00 | 1,012.56 |
| 36 | AT&T CORP | 11,162.60 | 0.00 | 88.04 |
| 37 | AMERICAN EXPRESS TRAVEL RLTD SVCS CO INC | 15,419.07 | 0.00 | 121.62 |
| 38 | AMERICAN EXPRESS TRAVEL RLTD SVCS CO INC | 116,804.08 | 0.00 | 921.28 |
| 39U | PARKS, SCOTT | 7,500.00 | 0.00 | 59.15 |
| 40 | TRAVELERS (INV) INDEMNITY COMPANY & ITS PROPERTY CASUALTY INSURANCE AFFILIATES | 0.00 | 0.00 | 0.00 |
| 41U | LEO, MASSIMO | 46,818.22 | 0.00 | 369.27 |
| 42 | COMPLICES GRAPHIC | 5,253.00 | 0.00 | 41.43 |
| 43 | KINGSTON SMITH LLP | 8,000.00 | 0.00 | 63.10 |
| 44 | Axsun Technologies Inc. | 107,800.00 | 0.00 | 850.26 |
| 45 | Morrison & Head Industrial Complex Property Division, LC | 2,500.00 | 0.00 | 19.72 |
| 46 | ENEA SOFTWARE AND SERVICES ATTN: SARAH ALEXANDER | 1,610.00 | 0.00 | 12.70 |
| 47U | MASSACHUSETTS DEPARTMENT OF REVENUE BANKRUPTCY UNI | 3,939.75 | 0.00 | 31.07 |
| 48 | MorganFranklin Consulting, LLC Eric Reicin | 262,745.69 | 0.00 | 2,072.37 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 49 | Libra Industries, Inc. Cavitch, Familo & Durkin Co., LPA Attn: HOM | 22,500.00 | 0.00 | 177.47 |
| 51 | NEXANS NORWAY AS | 7,726,377.65 | 0.00 | 60,940.69 |
| 52 | CSA GROUP CSA AMERICA DBA CSA GROUP | 5,620.00 | 0.00 | 44.33 |
| 54 | Microsoft Corporation and Microsoft Licensing GP c/o Joseph E. Shickich, Jr. Riddell Williams P.S. | 780.09 | 0.00 | 6.15 |
| 55 | EMPOWER TN OY ATTN: JARI VARINEN | 271,214.47 | 0.00 | 2,139.16 |
| 56 | Steptoe & Johnson LLP Stewart Baker//Joshua R. Taylor | 34,479.00 | 0.00 | 271.95 |
| 57 | Warley Design Solutions Ltd. Mr. J. Durgan | 12,646.63 | 0.00 | 99.75 |
| 58U | Stela Marine Ltd. | 13,482.63 | 0.00 | 106.34 |
| 59 | Sonoco Protective Solutions Stanley H. McGuffin, Esq. | 3,548.00 | 0.00 | 27.98 |
| 60 | Access Innovations, Inc. | 1,056.82 | 0.00 | 8.34 |
| 61 | Oplink Communications, LLC | 270,945.50 | 0.00 | 2,137.04 |
| 62 | EMA Design Automation, Inc. | 115,664.00 | 0.00 | 912.28 |
| 70 | Exfo America Inc. c/o Grant Dunwoody | 65,102.60 | 0.00 | 513.49 |
| 71 | SOLIUM CAPITAL INC. | 4,036.35 | 0.00 | 31.84 |
| 72U | Trilogy Venture Search, LLC Charles A. Pappalardo % Kingsley House | 55,000.00 | 0.00 | 433.80 |
| 73 | Boston Applied Technologies Incorporated | 10,500.00 | 0.00 | 82.82 |
| 74 | NSG TECHNOLOGY, INC. | 8,635,646.67 | 0.00 | 68,112.42 |
| 75 | AIG Property Casualty, Inc. AIG Property Casualty, Inc., Attn: Kevin J. Larner | 0.00 | 0.00 | 0.00 |
| 76 | M C Test Service Inc. dba MC Assembly | 9,064,041.67 | 0.00 | 71,491.32 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 77 | LASER 2000 (UK) LTD BRITANNIA HOUSE DENFORD ROAD RINGSTEAD | 1,559.40 | 0.00 | 12.30 |
| 78U | salesforce.com, inc. Lawrence Schwab/Gaye Heck Bialson, Bergen & Schwab | 239,056.40 | 0.00 | 1,885.52 |
| 79U | PELAGIAN LTD ATTN: AMANDA FISK | 77,614.56 | 0.00 | 612.17 |
| 80 | Accelink Technologies Co., Ltd. | 288,000.00 | 0.00 | 2,271.56 |
| 81 | AT&T CORP C/O AT&T SERVICES, INC ATTN: KAREN CAVAGNARO - LEAD PARALEGAL | 15,484.17 | 0.00 | 122.13 |
| 82 | KEITH HENDERSON | 0.00 | 0.00 | 0.00 |
| 83U | Dr. Stuart Robert Barnes c/o Shackelford, Bowen, McKinley & Norton, LL Attn: Frances A. Smith | 0.00 | 0.00 | 0.00 |
| 84 | Catherine Mary Barnes c/o Shackelford, Bowen, McKinley, & Norton, L Attn: Frances A. Smith | 116,222.21 | 0.00 | 916.69 |
| 85 | Dr. Stuart Robert Barnes c/o Shackelford, Bowen, McKinley & Norton, LL Attn: Frances A. Smith | 62,665.75 | 0.00 | 494.27 |
| 87 | Dr. Stuart Robert Barnes c/o Shackelford, Bowen, McKinley & Norton, LL Attn: Frances A. Smith | 53,406.00 | 0.00 | 421.23 |
| 88 | NXPIRE, LLC C/O WASSERMAN, JURISTA & STOLZ, PC ATTN: DWC | 150,202.25 | 0.00 | 1,184.70 |
|  | IRS EFTPS - 941 | 15,459.77 | 0.00 | 121.93 |
|  | IRS EFTPS - 941 | 3,615.60 | 0.00 | 28.51 |
|  | IRS EFPTS - 940 | 432.69 | 0.00 | 3.40 |

|  | Total to be paid for timely general unsecured claims: | $ | 268,052.25 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $51,895.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 89 | Sedgwick Claims Management Services Inc. | 92.00 | 0.00 | 0.00 |
| 90 | KOKUSAI CABLE SHIP CO., LTD | 51,803.00 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

                                                Prepared By: /s/ Don A. Beskrone
                                                Chapter 7 Trustee, Bar No.: 4380

Don A. Beskrone
P.O. Box 272
Wilmington, DE 19899
(302) 654-1888
dbeskronetrustee@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**