# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
XCI Liquidation, Inc.

**EIN:** 38–3394611
Xtera Communications, Inc.

**Chapter:** 7

**Case No.:** 16–12577–MFW

Claim No.* (if known): 25
Amount (if known): $16,826.92

## NOTICE OF TRANSFER OF CLAIM

To William McCutcheon Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 3/26/2021, a Transfer of Claim was filed with this Court purporting to transfer to JM Investment Trust, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Transferee

JM Investment Trust
6800 Paragon Place, Ste 202
Richmond, VA 23230

Dated: 3/28/2021

_Una O'Boyle_

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.